UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  vs.<br><br>Collin Romeo Cole,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) CASE NO. 07-219M<br>)<br>)<br>)<br>) |

FILED
NOV -6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**ORDER**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **6th** day of **NOVEMBER**, 2007,

ORDERED that **Edson A. Bostic, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

            _____
            Honorable Mary Pat Thynge
            U.S. Magistrate Judge

cc: Federal Public Defender
  First Federal Plaza, Suite# 110
  704 King Street
  Wilmington, DE  19801
  (302) 573-6010

  Defendant
  United States Attorney