# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**COLLIN ROMEO COLE**

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number **07-219M**

I, **COLLIN ROMEO COLE**, charged in a complaint pending in this District with **ILLEGAL RE-ENTRY AFTER DEPORTATION**, in violation of Title **8**, U.S.C., **1326(a) and (b)(2)**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

*Collin Cole*
Defendant

*Kei Bradford*
Counsel for Defendant

*November 8, 2007*



FILED
NOV 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE